**IN THE UNITED STATES DISTRICT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| NISSAN MOTOR ACCEPTANCE<br>CORPORATION<br>8900 Freeport Parkway<br>Irving, TX  75063 | : CASE NO.  3:19-cv-01251<br>:<br>: Judge<br>: |
| Plaintiff | : |
| v. | : |
| AUTOMAX STREETSBORO N, LLC d/b/a<br>NISSAN OF STREETSBORO<br>Attention:  Bruce S. Schoenberger,<br>Statutory Agent<br>One Seagate, Suite 1645<br>Toledo, Ohio 43604 | : |
| and | : |
| AUTOMAX AIRPORT N, LLC d/b/a<br>AIRPORT NISSAN<br>Attention:  Bruce S. Schoenberger,<br>Statutory Agent<br>One Seagate, Suite 1645<br>Toledo, Ohio  43604 | : **COMPLAINT FOR MONEY DAMAGES** |
| and | : |
| AUTOMAX STREETSBORO HOLDINGS,<br>LLC<br>Attention:  Bruce S. Schoenberger,<br>Statutory Agent<br>One Seagate, Suite 1645<br>Toledo, Ohio 43604 | : |
| and | : |
| AVIATE CAPITAL AUTO 1, LLC<br>Attention:  Bruce S. Schoenberger,<br>Statutory Agent<br>One Seagate, Suite 1645<br>Toledo, Ohio 43604 | : |
| Defendants | : |

Plaintiff Nissan Motor Acceptance Corporation ("Plaintiff") states as follows for its Complaint against Defendants Automax Streetsboro N, LLC d/b/a Nissan Of Streetsboro, Automax Airport N, LLC d/b/a Airport Nissan, Automax Streetsboro Holdings, LLC, and Aviate Capital Auto 1, LLC:

1.      Plaintiff files this action to recover repayment of loans it made to finance two car dealerships that have closed, and to collect from the guarantors of those loans.

2.      As described below, this is an action between a citizen of California on the one side (Plaintiff) and citizens of Ohio on the other side (Defendants), that arose in this district and venue under 28 U.S.C. §1391 (a) and (b)(1), and that seeks to recover more than $75,000 exclusive of interest and costs and is within this Court's diversity jurisdiction under 28 U.S.C. §1332(a)(1).

3.      Plaintiff Nissan Motor Acceptance Corporation is a California corporation and its principal place of business is located at 8900 Freeport Parkway, Irving, TX 75063.

4.      Plaintiff is qualified, authorized and licensed to do business in Ohio.

5.      Defendant Automax Streetsboro N, LLC is an Ohio limited liability company that operated an authorized dealership of Nissan North America, Inc. known as Nissan of Streetsboro (herein "Streetsboro").

6.      Defendant Automax Airport N, LLC is an Ohio limited liability company that operated an authorized dealership of Nissan North America, Inc. known as Airport Nissan (herein "Airport").

7.      Streetsboro and Airport obtained financing from Plaintiff to acquire motor vehicles and other property pursuant to a written "Automotive Wholesale Financing and Security

- 2 -

Agreement" that each of them signed (herein the "Wholesale Agreements"). True copies of those

Wholesale Agreements are attached hereto as Exhibits 1 and 2, respectively.

8.      Pursuant to the Wholesale Agreements, Plaintiff made advances to or on behalf of

Streetsboro and Airport to enable them to purchase motor vehicles that each of them would then

sell or lease to their own customers.

9.      In the agreements they signed, Streetsboro and Airport agreed to repay Plaintiff

the full amount of all advances made by Plaintiff, together with accrued interest and charges due,

on demand.

10.     Streetsboro and Airport each materially breached the Wholesale Agreements they

signed. Those breaches include their sale of motor vehicles "out of trust," meaning that they

acquired the vehicles with financing provided by Plaintiff and then sold the vehicles and kept the

proceeds without repaying Plaintiff the advances it had made to enable them to acquire the

vehicles, and their failure to repay their outstanding indebtedness to Plaintiff when it became

due.

11.     Plaintiff gave both Streetsboro and Airport written notice of their breaches and

provided them with an opportunity to cure the breaches, all as described in a letter dated October

20, 2017 (the "October 20, 2017 Letter") a true copy of which is attached hereto as Exhibit 3.

12.     Without legal justification or excuse, both Streetsboro and Airport failed to cure

their breaches.

13.     All conditions precedent to the obligations of Streetsboro and Airport to perform

their obligations under the Wholesale Agreements and the other loan documents between the

parties were performed by Plaintiff or waived by Streetsboro and Airport.

14.     As a proximate result of the material breaches of contract committed by Streetsboro and Airport, Plaintiff has been damaged. Those damages include but are not limited to the items listed on Exhibit 4, attached hereto.

15.     Streetsboro, Airport and Defendants Automax Streetsboro Holdings LLC ("Automax Holdings"), an Ohio limited liability company, Aviate Capital Auto 1, LLC ("Aviate"), an Ohio limited liability company, all signed a "Cross-Guaranty, Cross-Collateral and Cross-Default Agreement" dated as of September 25, 2016 (herein the "Cross Agreement"), and a true copy of that agreement is attached hereto as Exhibit 5.

16.     Defendants Automax Holdings and Aviate (each a "Guarantor") each signed a "Continuing Guaranty Agreement" and copies of those agreements are attached hereto as Exhibits 6 and 7, respectively (herein the "Guarantees").

17.     Plaintiff delivered a copy of the October 20, 2017 Letter to each of the Guarantors, but none of them cured the defaults and each of them breached their obligations under the Cross Agreement and the Guarantees.

18.     As a proximate result of the material breaches committed by the Guarantors, Plaintiff has been damaged as described in paragraph 14 above.

WHEREFORE, Plaintiff demands the following relief against Defendants jointly and severally:

A.     A money judgment against Defendants for the full amount of Plaintiff's damages in the amount of $3,197,485.82 as of November 12, 2018;

B.     A money judgment for accrued interest before and after judgment in the amount of $529.92 per day after November 12, 2018;

- 5 -

C.      A judgment for attorney fees, in-house counsel fees, court costs, litigation
expenses and all other costs incurred in connection with enforcing Plaintiff's rights under the
agreements signed by the Defendants; and

D.      All other available relief.

Respectfully submitted,

*/s/ Charles A. Bowers*_____
Charles A. Bowers (0064075)
cbowers@taftlaw.com
Taft Stettinius & Hollister LLP
200 Public Square, Suite 3500
Cleveland, Ohio 44114
Phone: (216) 241-2838
Fax: (216) 241-3707

Timothy C. Sullivan  (0031069)
sullivan@taftlaw.com
Taft Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202
Phone: (513) 357-9382
Fax: (513) 381-0205

*Attorneys for Plaintiff*
*Nissan Motor Acceptance Corporation*