IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Nissan Motor Acceptance Corporation<br><br>Plaintiff<br><br>-vs.-<br><br><br>Automax Streetsboro N., LLC d/b/a Nissan of Streetsboro, et al<br><br>Defendants | Case No. 3:19-cv-01251<br><br>Judge Sara Lioi<br><br>**MOTION FOR EXTENSION OF TIME TO MOVE, PLEAD OR ANSWER**<br><br>Howard B. Hershman (#0020986)<br>hhershman@gkplaw.net<br>Gressley, Kaplin & Parker, LLP<br>One Seagate, Suite 1645<br>Toledo, Ohio 43604<br>Phone: (419) 321-6081<br>Attorney for Defendants |

Now come the Defendants, AutoMax Streetsboro N, LLC d/b/a Nissan of Streetsboro, AutoMax Airport N, LLC d/b/a Airport Nissan, AutoMax Streetsboro Holdings, LLC, and Aviate Capital Auto 1, LLC, by and through counsel, and move the Court for an extension of time to file their answers herein.

Defendants request an extension of sixty (60) days to file their answers, making their answer date August 26, 2019. This motion is made with the knowledge and approval of counsel for the Plaintiff. The parties have executed a protective order which, if not already filed by the time this motion is submitted, will shortly be filed. The purpose of the protective order is to allow disclosure by Defendants of documentation concerning the closing of the two dealerships

at issue and the disposition of dealership assets which are relevant to Plaintiff's claims and may allow the parties to reach some consensual resolution of this case.

Respectfully submitted,

/s/ Howard Hershman
Howard B. Hershman (#0020986)
Attorney for Defendants
hhershman@gkplaw.net
Gressley, Kaplin & Parker, LLP
One Seagate, Suite 1645
Toledo, Ohio 43604
Phone: (419) 321-6081


/s/ Bruce Schoenberger
Bruce Schoenberger (#0019765)
Attorney for Defendants
bschoenberger@gkplaw.net
Gressley, Kaplin & Parker LLP
One Seagate, Suite 1645
Toledo, Ohio 43604
Phone: (419) 244-8336

CERTIFICATE OF SERVICE

This is to certify that the foregoing was sent to the following persons via email and ordinary mail on June 27, 2019:

Charles A. Bowers
cbowers@taftlaw.com
200 Public Square, Suite 3500
Cleveland, Ohio 44114

Timothy C. Sullivan
sullivan@taftlaw.com
425 Walnut St., Suite 1800
Cincinnati, Ohio 45202

/s/ *Howard Hershman*
Howard B. Hershman (#0020986)
Attorney for Defendants
hhershman@gkplaw.net
Gressley, Kaplin & Parker, LLP
One Seagate, Suite 1645
Toledo, Ohio 43604
Phone: (419) 321-6081