# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| NISSAN MOTOR ACCEPTANCE CORPORATION, | : CASE NO. 5:19-cv-01251 |
| | : |
| | : Judge Sara Lioi |
| Plaintiff, | : |
| | : |
| v. | : STIPULATION AND JUDGMENT FOR |
| | : PLAINTIFF |
| AUTOMAX STREETSBORO N, LLC d/b/a NISSAN OF STREETSBORO, et al., | : |
| | : |
| Defendants. | : |

Pursuant to F.R.C.P. 58, applicable law and the consent of the parties and their counsel, final judgment is hereby entered in favor of Plaintiff Nissan Motor Acceptance Corporation against Defendants Automax Streetsboro N, LLC d/b/a Nissan Of Streetsboro, Automax Airport N, LLC d/b/a Airport Nissan,  Automax Streetsboro Holdings, LLC, and Aviate Capital Auto 1, LLC, jointly and severally in the amount of $3,352,222.46, with interest as allowed by law. Costs taxed against the Defendants.

Approved and agreed:

_____      _____

Charles A. Bowers (0064075)
cbowers@taftlaw.com
TAFT, STETTINIUS & HOLLISTER LLP
200 Public Square, Suite 3500
Cleveland, Ohio 44114
Ph: (216) 241-2838
Fax: (216) 241-3707

Timothy C. Sullivan  (0031069)
sullivan@taftlaw.com
Taft Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202
Ph: (513) 357-9382
Fax: (513) 381-0205

*Counsel for Plaintiff*

25693870.2

Bruce S. Schoenberger (0019765)
bss2@gkplaw.net
GRESSLEY, KAPLIN & PARKER, LLP
One SeaGate
Suite 1645
Toledo, Ohio 43604
Ph: (419) 244-8336
Fax: (419) 244-1914

*Counsel for Defendants*

IT IS SO ORDERED.

Sara Lioi
United States District Judge

Date: 8/23/2019